# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13718

_____

DONNAHUE GEORGE,

                                                                       Plaintiff-Appellant,

*versus*

KEN GRIFFIN,
CITADEL SECURITIES MARKET MAKER,
CITADEL CONNECT DARK POOL,
CITADEL LLC HEDGE FUND,
FINRA, et al.,

                                                        Defendants-Appellees,

SECURITIES EXCHANGE COMMISSION, et al.,

                                                                 Defendants.

2　　　　　　　　　　　　Order of the Court　　　　　　　　　　　　24-13718

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:21-cv-61719-KMM

_____

ORDER:

      Defendant-Appellee the Depository Trust & Clearing Corporation's Motion to Adopt Defendants-Appellees Ken Griffin, Citadel Enterprise Americas LLC (formerly Citadel LLC), Citadel Securities LLC, and Robinhood Financial LLC's Brief, in lieu of filing a separate brief, is GRANTED.

/s/ Robin S. Rosenbaum
UNITED STATES CIRCUIT JUDGE