# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13718

_____

DONNAHUE GEORGE,

                                                *Plaintiff-Appellant,*

versus

KEN GRIFFIN,
CITADEL SECURITIES MARKET MAKER,
CITADEL CONNECT DARK POOL,
CITADEL LLC HEDGE FUND,
FINRA, et al.,

                                                *Defendants-Appellees,*

SECURITIES EXCHANGE COMMISSION, et al.,

                                                *Defendants.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:21-cv-61719-KMM

_____

ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

| | | |
|---|---|---|
| 2 | Order of the Court | 24-13718 |

Before L‍UCK, L‍AGOA, and W‍ILSON, Circuit Judges.

PER CURIAM:

　　The Petition for Rehearing En Banc is DENIED, no judge in regular active service on the Court having requested that the Court be polled on rehearing en banc. FRAP 40. The Petition for Panel Rehearing also is DENIED. FRAP 40.